Lenden F. Webb (SBN 236377)
**WEBB LAW GROUP, APC**
466 W. Fallbrook Ave. Suite 102
Fresno, CA 93711
Telephone: (559) 431-4888
Facsimile: (559) 821-4500
Email: LWebb@WBLawGroup.com

Attorney for Plaintiff, LAYLA PECKLER,
an individual.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAYLA PECKLER, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC.; and Does 1 through 25, inclusive,<br><br>　　　　Defendant. | Case No.: 1:17−cv−01206−DAD−BAM<br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br>　New Date:　January 18, 2018<br>　Time:　　　9:00 a.m.<br>　Courtroom:　8 (BAM)<br>　Judge:　　　Magistrate Judge Barbara A. McAuliffe |

　　　　The parties to the above case, by the undersigned attorney, Lenden F. Webb of Webb Law Group, APC., counsel of record for Plaintiff LAYLA PECKLER ("Peckler") and John C. Kloosterman of Littler Medelson, P.C., counsel of record for Defendant, ULTA SALON, COSMETICS & FRAGRANCE, INC., ("Ulta") hereby stipulate as follows:

///

///

///

---

**STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE**

- 1 -

## STIPULATION

IT IS HEREBY STIPULATED by the parties hereto, through their respective counsel of record that:

WHEREAS, the Mandatory Initial Scheduling Conference is presently set in this matter for November 30, 2017 at 9:00am in Courtroom 8 of the Fresno Division of the United States District Court for the Eastern District of California.

WHEREAS, the parties wish to attempt settlement of this matter prior to incurring unnecessary costs including preparing for and attending the Mandatory Initial Scheduling Conference.

WHEREAS, on November 16, 2017 plaintiff's counsel emailed defense counsel to inquire about stipulating to a continuance of the Mandatory Initial Scheduling Conference in order to allow the parties time to discuss settlement and hold the conference pursuant to Rule 26. Whereupon it was determined upon a responsive email on November 17, 2017 from defense counsel that they were amendable to a continuance to allow both sides to discuss settlement and exchange initial disclosures and/or discovery related information. Moreover, Attorney Lenden Webb is in a jury trial the week of November 27, 2017 to November 31, 2017. The next availability for both sides will be in January 2018.

NOW, THEREFORE, by and through their undersigned counsel of record, the parties have agreed, subject to Court approval, that the Mandatory Initial Scheduling Conference shall be continued, and rescheduled from November 30, 2017 at 9:00am to January 18, 2018 at 9:00am, or as soon thereafter as convenient with the Court and all parties.

Based on the foregoing, the parties agree that there is good cause for a continuance of the Mandatory Initial Scheduling Conference.

IT IS SO STIPULATED.

///
///
///
///

Dated: November 28, 2017             **WEBB LAW GROUP, APC**

By */s/ Lenden F. Webb*
   LENDEN F. WEBB
   Attorney for Plaintiff
   LAYLA PECKLER

Dated: November 28, 2017             **LITTLER MENDELSON, P.C.**

By */s/ John C. Kloosterman*
   JOHN C. KLOOSTERMAN
   Attorney for Defendant
   ULTA SALON, COSMETICS &
   FRAGRANCE, INC.

## **ORDER**

The parties having so stipulated and good cause appearing, **IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference, currently scheduled for November 30, 2017, be continued to **January 18, 2018 at 9:00 AM in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. The parties are to file a Joint Scheduling Report no later than seven (7) days prior to the Scheduling Conference.

IT IS SO ORDERED.

Dated:   **November 28, 2017**         /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE